# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NATIONAL INDEMNITY
COMPANY OF THE SOUTH,

      Plaintiff,

v.                                            Case No:  6:19-cv-13-RBD-LRH

MA ALTERNATIVE TRANSPORT
SERVICES, INC.; and SHERRY
HENRY,

      Defendants.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury. Upon the jury verdict rendered on December 15, 2021, it is **ORDERED AND ADJUDGED** that the Court **GRANTS** the declaratory relief sought by Plaintiff, National Indemnity Company of the South, that it owes no further duty to defend or indemnify Defendant MA Alternative Transport Services, Inc. for any claims asserted by Defendant Sherry Henry in the case *Sherry Henry v. MA Alternative Transport Services, Inc.*, No. 2017-CA-10144 (Fla. 9th Cir. Ct Aug. 29, 2018), and accordingly **FINAL JUDGMENT** is entered in favor of National Indemnity Company of the South and against MA Alternative Transport Services Inc. and Sherry Henry. It is further

**ORDERED AND ADJUDGED** that the prevailing party shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 20, 2021.

ROY B. DALTON JR.
United States District Judge