UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONAL INDEMNITY
COMPANY OF THE SOUTH,

    Plaintiff,

v.                                                      Case No. 6:19-cv-13-RBD-LHP

MA ALTERNATIVE TRANSPORT
SERVICES, INC.; and SHERRY
HENRY,

    Defendants.
_____

## ORDER

Before the Court is Defendants' Objection to Clerk's Action on Bill of Costs and Motion to Review Plaintiff's Bill of Costs. (Doc. 172 ("Objection").) After a jury found for Plaintiff, Plaintiff filed a proposed bill of costs, which the Clerk taxed against Defendants. (Docs. 167, 171.) Defendants object. (Doc. 172.) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends the Court overrule the objection. (Doc. 187 ("R&R").)

The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 187) is **ADOPTED, CONFIRMED,** and made a part of this Order in its entirety.

2. Defendants' Objection (Doc. 172) is **OVERRULED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 7, 2023.

ROY B. DALTON JR.
United States District Judge